UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALJEET KOUR SAYALL and MOHANJIT
KAUR SONI,

                              Petitioners,

                    -v.-

DANIEL WUERSCH; WG PARTNERS, L.P.;
and WG SERVICE PARTNERS LLC,

                              Respondents.

20 Misc. 257 (KPF)

ORDER GRANTING
APPLICATION FOR DISOCVERY
ASSISTANCE UNDER 28 U.S.C.
§ 1782

KATHERINE POLK FAILLA, District Judge:

THIS MATTER came before the Court pursuant to an Application for

Order Pursuant to 28 U.S.C. § 1782 (the "Application") by Petitioners DALJEET

KOUR SAYALL and MOHANJIT KAUR SONI.  The Court has reviewed the

Application, as well as Petitioners' supporting memorandum, declaration, and

the exhibits thereto.  It has also considered 28 U.S.C. § 1782, the statutory and

discretionary factors associated therewith, and the relevant case law.  *See, e.g.,*

*Certain Funds, Accounts &/or Inv. Vehicles* v. *KPMG, L.L.P.*, 798 F.3d 113, 114-

15 (2d Cir. 2015); *Mees* v. *Buiter*, 793 F.3d 291, 302 (2d Cir. 2015).  After

concluding that these factors support the granting of Petitioners' request, the

Court hereby ORDERS and ADJUDGES as follows:

1.      Petitioners' Application for discovery from Daniel Wuersch, WG Partners,

        L.P., and WG Service Partners LLC (the "Respondents") pursuant to 28

        U.S.C. § 1782 is GRANTED.

2.      Petitioners are authorized, pursuant to 28 U.S.C. § 1782, to take discovery from the Respondents, relating to documents and information identified in the Application, incuding (i) issuing subpoenas for the production of documents by Respondents in the forms attached as Exhibits G, H, and I to the Declaration of Helmut Schwaerzler in Support of *Ex Parte* Application to Take Discovery Pursuant to 28 U.S.C. § 1782, and (ii) issuing subpoena for testimony by Daniel Wuersch;

3.      The Respondents are directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure;

4.      Counsel for Petitioners is appointed to issue, sign, and serve such subpoenas upon the Respondents in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, and testimony in this matter may be taken before any certified court reporter authorized to take testimony and administer oaths;

5.      The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance that may be requested by Petitioners; and

6.      This Order is without prejudice to any objections Respondents may have to the § 1782 demand for discovery.

SO ORDERED.

Dated:   July 21, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2